| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, VICTORIA A. | EASTERN DISTRICT OF MICHIGAN | 06/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

| 7. Chambers or Office Address |
|---|
| UNITED STATES DISTRICT COURT 231 W. LAFAYETTE BLVD ROOM 123 DETROIT, MI 48226 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Michigan Bar Foundation |
| 2. | Member | Simone Road LLC |
| 3. | Member | Palmer Road LLC |
| 4. | Member | Judy Circle LLC |
| 5. | Member | Fairview Dr. LLC |
| 6. | Member | Dover Road LLC |
| 7. | Member | Burger Road LLC |
| 8. | Member | Dearborn Heights Property LLC |
| 9. | Member | Ann Arbor Trail LLC |
| 10. | Member | Knolson Road LLC |
| 11. | Member | Wayne Enterprises Associates, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## II. AGREEMENTS. *(Reporting Individual only; see pp. 14-16 of filing Instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 3/15/2018 to 3/18/2018 | Malibu, CA | FJC educational seminar or program | Food, Lodging, Airfare, Shuttle and Tips |
| 2. | Judicial Conference Committee | 5/15/2018 to 5/19/2018 | Nashville, TN | Meeting of circuit judicial council or committees | Food, Lodging, Airfare, Taxi and Tips |
| 3. | Federal Judicial Center | 6/3/20118 to 6/10/2018 | Washington, DC | FJC educational seminar or program | Food, Lodging, Airfare, Taxi and Tips |
| 4. | Department of Justice | 6/17/2018 to 6/27/2018 | Bangkok, Thailand | Meeting or seminar with another government entity | Food, Lodging, Airfare, Taxi and Tips |
| 5. | Federal Judicial Center | 8/25/2018 to 9/1/2018 | Sante Fe, NM | FJC educational seminar or program | Food, Lodging, Airfare, Shuttle, Taxi and Tips |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federal Judicial Center | 12/13/2018 to 12/14/2018 | Philadelphia, PA | FJC educational seminar or program | Food, Transportation and Tips |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simone Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 2. Judy Circle LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 3. Fairview Drive LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 4. Dover Road LLC , Wayne County MI | C | Rent | L | W | | | | | |
| 5. Dearborn Heights Property LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 6. Palmer Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 7. Knolson Road, LLC, Wayne County MI | B | Rent | M | W | | | | | |
| 8. Ann Arbor Trail Assoc. LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 9. Wayne Enterprises Associates LLC, Wayne County MI | A | Rent | L | W | Open | 08/24/18 | L | | |
| 10. Daimler AG - Common Stock | A | Dividend | J | T | | | | | |
| 11. JP Morgan Chase - Checking | A | Interest | J | T | | | | | |
| 12. JP Morgan Chase - Savings | A | Interest | K | T | | | | | |
| 13. Charles Schwab: | | | | | | | | | |
| 14. -Charles Schwab Deposit Account | A | Dividend | K | T | | | | | |
| 15. -Lear Corporation | A | Dividend | J | T | | | | | |
| 16. -Invesco S&P Low Volatility Portfolio | A | Dividend | J | T | Sold (part) | 02/27/18 | J | C | |
| 17. -Vanguard Interm-Term Exempt Adm | A | Int./Div. | | | Sold | 07/03/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Ishares Gold ETF | A | Dividend | | | Sold | 07/03/18 | J | A | |
| 19. | -Vanguard LTD Term Tax | A | Int./Div. | | | Sold | 02/27/18 | K | A | |
| 20. | -DWS Enhanced Cmdy | A | Dividend | J | T | Buy (add'l) | 03/22/18 | J | | |
| 21. | -Vanguard Intl Explorer | A | Dividend | K | T | | | | | |
| 22. | -Invesco Optimum Yield | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 23. | -Ishares Core S&P Small | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 24. | -SPDR Index Shares Emerg | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 25. | -PGIM High Yield Fund Z | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 26. | -Pimco Incm Inst Cl | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 27. | -Vanguard Intl Growth Fd | A | Dividend | K | T | Buy | 02/27/18 | K | | |
| 28. | -Wasatch Core Growth | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 29. | Charles Schwab IRA: | | | | | | | | | |
| 30. | -Delaware Diversified Income Fund | A | Dividend | | | Sold | 07/09/18 | L | C | |
| 31. | -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 32. | -Franklin Mutual Global Discovery Fund | A | Dividend | | | Sold | 07/09/18 | K | B | |
| 33. | -Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | | | | | |
| 34. | -Vanguard Interm Term Bond | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Invesco S&P 500 Equal Weight | A | Dividend | J | T | | | | | |
| 36. | -Ishares Trust MSCI EAFE Small Cap ETF | A | Dividend | K | T | | | | | |
| 37. | -Vaneck Vectors Biotech | A | Dividend | J | T | | | | | |
| 38. | -Vanguared Growth | A | Dividend | L | T | | | | | |
| 39. | -Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 40. | -IShares JPMorgan USD Emg Mkts B ETF | A | Dividend | K | T | | | | | |
| 41. | -IShares MSCI Emerging Mkts Min Vol | A | Dividend | | | Sold | 02/27/18 | K | B | |
| 42. | -Janus Henderson High Yield | A | Dividend | K | T | | | | | |
| 43. | -Invesco FTSE RAFI Dvlp Mkts ETF | A | Dividend | K | T | Sold<br>(part) | 07/09/18 | K | A | |
| 44. | -IShares Core S&P Small Cap ETF | A | Dividend | K | T | | | | | |
| 45. | -Pimco 0-5 Year High Yield | A | Dividend | | | Sold | 02/27/18 | K | B | |
| 46. | -Invesco Variable Rate PRF ETF | A | Dividend | J | T | | | | | |
| 47. | -Schwab Emgerging Mkts | A | Dividend | K | T | | | | | |
| 48. | -SPDR S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 49. | -Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 50. | -Wisdomtree US Small Cap | A | Dividend | J | T | | | | | |
| 51. | -Fidelity New Mkts Income | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Vanguard High Yield Corp | A | Dividend | K | T | | | | | |
| 53. -Vanguard Inflation | A | Dividend | J | T | | | | | |
| 54. -FM Intl Fund | A | Dividend | K | T | | | | | |
| 55. -Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 56. -Ishares Asia 50 ETF | A | Dividend | J | T | Buy | 07/09/18 | J | | |
| 57. -Schwab Funda Emg Mkts | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 58. -Vanguard FTSE Develeoped Mkts | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 59. -Vangurard Global EX US Real Estate | A | Dividend | J | T | Buy | 02/27/18 | J | | |
| 60. -PGIM High YIeld Fund Z | A | Dividend | K | T | Buy | 02/28/18 | K | | |
| 61. -PGIM Total Return Bond Z | A | Dividend | K | T | Buy | 07/10/18 | K | | |
| 62. -USAA Income Fund Inst | A | Dividend | K | T | Buy | 07/10/18 | K | | |
| 63. -Virtus SEIX Float Rate High Income | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 64. -Primecap Odyssey Stock | A | Dividend | J | T | Buy | 07/10/18 | J | | |
| 65. -Vanguard Equity Income Fd | A | Dividend | K | T | Buy | 02/27/18 | K | | |
| 66. -Vanguard Intl Explorer | A | Dividend | J | T | Buy | 07/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. On the 2017 report VII. Investments & Trusts Line 41. Janus High Yield should have been named/titled Janus Henderson High Yiled. This has been corrected on this report

2. On the 2017 report VII. Investments & Trusts Line 52. Vanguard Henderson High Yield should not have been reported. This was an error and is related to #1 above.

Certian investments reported on VII. Investmetns & Trusts had name changes between the 2017 and 2018 reports.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544